FIDELITY UNION TRUST COMPANY v.
ESSEX COUNTY BOARD OF TAXATION.

July 8, 1975.  Petition for certification denied.

MORRIS ADES v. BOROUGH OF DEAL.

July 8, 1975.  Petition for certification granted.

STATE OF NEW JERSEY v. CHARLES ROBINSON.

July 8, 1975.  Petition for certification denied.

ARTHUR L. NUDELMAN v. EDISON PARKING CORP.

July 8, 1975.  Petition for certification granted.

STATE OF NEW JERSEY v. MONSERRATE PAGAN SUAREZ.

July 8, 1975.  Petition for certification denied.

ROBERT HAMILTON v. TOWNSHIP OF EDISON.

July 8, 1975.  Petition for certification denied.